## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-30043 |
| | § | |
| EVERETT SPRAGGS | § | |
| PATRICE SPRAGGS | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 07/14/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/16/2015                    By:   /s/ David P. Leibowitz
                                                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-30043 |
| | § | |
| EVERETT SPRAGGS | § | |
| PATRICE SPRAGGS | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $13,888.00 |
| *and approved disbursements of* | $5,283.32 |
| *leaving a balance on hand of[1]:* | $8,604.68 |

Claims of secured creditors will be paid as follows:

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $8,604.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,326.14 | $0.00 | $1,326.14 |
| David P. Leibowitz, Trustee Expenses | $2.72 | $0.00 | $2.72 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,328.86 |
| Remaining balance: | $7,275.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,275.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $7,275.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,396.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | $551.80 | $0.00 | $551.80 |
| 2a | Capital One Auto Finance | $3,844.72 | $0.00 | $3,844.72 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $4,396.52 |
| Remaining balance: | $2,879.30 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $2,879.30 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $2,879.30 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.10 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3.48. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $2,875.82.

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 14-30043-JSB
Everett Spraggs                                                                 Chapter 7
Patrice Spraggs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 1          Date Rcvd: Jun 17, 2015
                             Form ID: pdf006          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
db/jdb            +Everett Spraggs,    Patrice Spraggs,    4820 W Cortez St,    Chicago, IL 60651-3235
22287018           Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
22287023          +Diane Spraggs,    4820 W Cortez St,    Apt 2W,    Chicago, IL 60651-3235
22287020           Dish Network,    Palatine, IL 60094-4063
22287019          +EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
22287021          +Heller & Frisone,    33 N LaSalle St #1200,    Chicago, IL 60602-2866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22287828           E-mail/Text: coafinternalbkteam@capitaloneauto.com Jun 18 2015 01:17:50
                   Capital One Auto Finance,    A Division of Capital One, N.A.,    PO Box 60511,
                   City Of Industry CA 91716-0511
22318879          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 18 2015 01:37:50
                   Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                   Arlington, TX 76006-1347
22760288           E-mail/Text: bankruptcy@cavps.com Jun 18 2015 01:16:54     Cavalry Investments, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
22287022           E-mail/Text: robert@overlandbond.com Jun 18 2015 01:17:45       Overland Bond & Invest Corp,
                   4701 W Fullerton Ave,    Chicago, IL 60639-1899
                                                                                    TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22287024*         +Capital One Auto Finance,    PO BOX 259407,    Plano, TX 75025-9407
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 3