**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-30043 |
| | § | |
| EVERETT SPRAGGS | § | |
| PATRICE SPRAGGS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,544.65 |
| Total Distributions to Claimants: | $4,400.00 | Claims Discharged Without Payment: | $9,722.84 |
| Total Expenses of Administration: | $1,361.37 | | |

3) Total gross receipts of $13,888.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $8,126.63 (see **Exhibit 2**), yielded net receipts of $5,761.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $18,000.00 | $14,000.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,361.37 | $1,361.37 | $1,361.37 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $9,722.84 | $4,396.52 | $4,396.52 | $4,400.00 |
| **Total Disbursements** | $27,722.84 | $19,757.89 | $5,757.89 | $5,761.37 |

4). This case was originally filed under chapter 7 on 08/15/2014. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2015              By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1229-000 | $13,888.00 |
| **TOTAL GROSS RECEIPTS** | | $13,888.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| EVERETT SPRAGGS | Exemptions | 8100-002 | $2,411.41 |
| PATRICE SPRAGGS | Exemptions | 8100-002 | $2,839.40 |
| SPRAGGS, EVERETT | Surplus Funds | 8200-002 | $1,437.91 |
| SPRAGGS, PATRICE | Surplus Funds | 8200-002 | $1,437.91 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $8,126.63 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Auto Finance | 4110-000 | $18,000.00 | $14,000.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $18,000.00 | $14,000.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,326.14 | $1,326.14 | $1,326.14 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.72 | $2.72 | $2.72 |
| Green Bank | 2600-000 | NA | $32.51 | $32.51 | $32.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,361.37 | $1,361.37 | $1,361.37 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Investments, LLC | 7100-000 | $0.00 | $551.80 | $551.80 | $551.80 |
| 2a | Capital One Auto Finance | 7100-000 | $0.00 | $3,844.72 | $3,844.72 | $3,844.72 |
|  | Capital One Auto Finance | 7990-000 | $0.00 | $0.00 | $0.00 | $3.04 |
|  | Cavalry Investments, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $0.44 |
|  | Dish Network | 7100-000 | $500.38 | $0.00 | $0.00 | $0.00 |
|  | EOS CCA | 7100-000 | $1,101.00 | $0.00 | $0.00 | $0.00 |
|  | EOS CCA | 7100-000 | $578.00 | $0.00 | $0.00 | $0.00 |
|  | Heller & Frisone | 7100-000 | $268.00 | $0.00 | $0.00 | $0.00 |
|  | Overland Bond & Investment | 7100-000 | $7,275.46 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $9,722.84 | $4,396.52 | $4,396.52 | $4,400.00 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 14-30043-JSB | Trustee Name: | David Leibowitz |
| Case Name: | SPRAGGS, EVERETT AND SPRAGGS, PATRICE | Date Filed (f) or Converted (c): | 08/15/2014 (f) |
| For the Period Ending: | 9/17/2015 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2014 Tax Refund (u) | $0.00 | $0.00 | | $13,888.00 | FA |
| 2  CHASE | $44.65 | $0.00 | | $0.00 | FA |
| 3  STOVE, REFRIG, TV'S, DISHES LIVING ROOM SET, 3 BEDROOM SETS, TABLES, MICROV | $3,000.00 | $0.00 | | $0.00 | FA |
| 4  CLOTHING | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  TOYOTA CAMRY 2010 | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

$4,544.65        $0.00                                                    $13,888.00         $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/30/2015 | Notice of Trustee's Final Report and Applications for Compensation Filed by Trustee David P Leibowitz ESQ (RE: 30 Final Report Asset, 31 Application for Compensation). Hearing scheduled for 7/14/2015 |
| 03/31/2015 | Notice of Hearing and Objection to Claim(s) 2 of Capital One Auto Finance, a Division of Captial One, N.A. Filed by David P Leibowitz ESQ on behalf of David P Leibowitz ESQ. Hearing scheduled for 5/6/2015 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604 |
| 02/18/2015 | Review Claims and Prepare TFR |
| 10/14/2014 | Tax Intercept Completed |
| 09/27/2014 | No 341 Documents |

**Initial Projected Date Of Final Report (TFR):**                                    /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**   05/15/2015                DAVID LEIBOWITZ

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-30043-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SPRAGGS, EVERETT AND SPRAGGS, PATRICE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5069 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***5070 | Account Title: | |
| For Period Beginning: | 8/15/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2015 | (1) | United States Treasury | Unscheduled Tax Refund of Patrice Spraggs | 1229-000 | $7,510.00 | | $7,510.00 |
| 02/18/2015 | 3001 | PATRICE SPRAGGS | Entitled Portion of Tax Refund | 8100-002 | | $2,839.40 | $4,670.60 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.69 | $4,665.91 |
| 03/10/2015 | (1) | United States Treasury | Unscheduled Tax Refund of Everette Spraggs | 1224-000 | $6,378.00 | | $11,043.91 |
| 03/11/2015 | 3002 | EVERETT SPRAGGS | Entitled portion of tax refund | 8100-002 | | $2,411.41 | $8,632.50 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.37 | $8,618.13 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.45 | $8,604.68 |
| 07/15/2015 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,326.14 | $7,278.54 |
| 07/15/2015 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.72 | $7,275.82 |
| 07/15/2015 | 3005 | Cavalry Investments, LLC | Claim #: 1; Amount Claimed: 551.80; Amount Allowed: 551.80; Distribution Dividend: 100.00; | * | | $552.24 | $6,723.58 |
| | | | Claim Amount $(551.80) | 7100-000 | | | $6,723.58 |
| | | | Interest $(0.44) | 7990-000 | | | $6,723.58 |
| 07/15/2015 | 3006 | Capital One Auto Finance | Claim #: 2; Amount Claimed: 3,844.72; Amount Allowed: 3,844.72; Distribution Dividend: 100.00; | * | | $3,847.76 | $2,875.82 |
| | | | Claim Amount $(3,844.72) | 7100-000 | | | $2,875.82 |
| | | | Interest $(3.04) | 7990-000 | | | $2,875.82 |
| 07/15/2015 | 3007 | SPRAGGS, EVERETT | Claim #: ; Amount Claimed: 1,437.91; Amount Allowed: 1,437.91; Distribution Dividend: 100.00; | 8200-002 | | $1,437.91 | $1,437.91 |
| 07/15/2015 | 3008 | SPRAGGS, PATRICE | Claim #: ; Amount Claimed: 1,437.91; Amount Allowed: 1,437.91; Distribution Dividend: 100.00; | 8200-002 | | $1,437.91 | $0.00 |
| | | | **TOTALS:** | | $13,888.00 | $13,888.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,888.00 | $13,888.00 | |
| | | | Less: Payments to debtors | | $0.00 | $8,126.63 | |
| | | | **Net** | | $13,888.00 | $5,761.37 | |

| For the period of 8/15/2014 to 9/17/2015 | | For the entire history of the account between 02/16/2015 to 9/17/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,888.00 | Total Compensable Receipts: | $13,888.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,888.00 | Total Comp/Non Comp Receipts: | $13,888.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,761.37 | Total Compensable Disbursements: | $5,761.37 |
| Total Non-Compensable Disbursements: | $8,126.63 | Total Non-Compensable Disbursements: | $8,126.63 |
| Total Comp/Non Comp Disbursements: | $13,888.00 | Total Comp/Non Comp Disbursements: | $13,888.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-30043-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SPRAGGS, EVERETT AND SPRAGGS, PATRICE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5069 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***5070 | Account Title: | |
| For Period Beginning: | 8/15/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,888.00 | $13,888.00 | $0.00 |

| For the period of 8/15/2014 to 9/17/2015 | | For the entire history of the case between 08/15/2014 to 9/17/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,888.00 | Total Compensable Receipts: | $13,888.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,888.00 | Total Comp/Non Comp Receipts: | $13,888.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,761.37 | Total Compensable Disbursements: | $5,761.37 |
| Total Non-Compensable Disbursements: | $8,126.63 | Total Non-Compensable Disbursements: | $8,126.63 |
| Total Comp/Non Comp Disbursements: | $13,888.00 | Total Comp/Non Comp Disbursements: | $13,888.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ